S. MITCHELL KAPLAN (SBN 095065)
BRYCE CARROLL (SBN 208593)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
BOVIS LEND LEASE, INC. as assignee of
LNR-LENNAR BRANNAN STREET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH and DOES 1 through 150,<br><br>　　　　　　Defendants. | CASE NO. C 07 5262<br><br>**DEMAND FOR JURY TRIAL** |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC hereby demands a trial by jury in this action.

DATED: October 29, 2007　　　　　　　GORDON & REES, LLP


　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　BRYCE D. CARROLL
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　BOVIS LEND LEASE, INC. as assignee of
　　　　　　　　　　　　　　　　　　　　　LNR-LENNAR BRANNAN STREET, LLC

1

**DEMAND FOR JURY TRIAL**