S. MITCHELL KAPLAN (SBN 095065)
BRYCE CARROLL (SBN 208593)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
BOVIS LEND LEASE, INC. as assignee of
LNR-LENNAR BRANNAN STREET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH and DOES 1 through 150, <br><br> Defendants. | CASE NO. C 07 5262 <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet website www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

1
**ADR CERTIFICATION**

1  DATED: January 3, 2008         By /s/ Bruce H. Blank
2                                    Sr. Vice President
                                   BOVIS LEND LEASE, INC. as assignee of
3                                  LNR-LENNAR BRANNAN STREET, LLC

4
   DATED: January 4, 2008         GORDON & REES, LLP
5

6                                 By _____
7                                    BRYCE D. CARROLL
                                     Attorneys for Plaintiff
8                                    BOVIS LEND LEASE, INC. as assignee of
                                     LNR-LENNAR BRANNAN STREET, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111

LNR/1043708/5286008v.1