1  S. MITCHELL KAPLAN (SBN 095065)
   BRYCE CARROLL (SBN 208593)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Plaintiff
6  BOVIS LEND LEASE, INC. as assignee of
   LNR-LENNAR BRANNAN STREET, LLC
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 BOVIS LEND LEASE, INC. as assignee of    ) CASE NO. C 07 5262
   LNR-LENNAR BRANNAN STREET, LLC,          )
12                                          ) **STIPULATION AND [PROPOSED]**
                     Plaintiffs,            ) **ORDER SELECTING ADR**
13         vs.                              ) **PROCESS**
                                            )
14 MBH ARCHITECTS, INC. aka MCNULTY         )
15 BRISKMAN HEATH and DOES 1 through 150,   )
                                            )
16                   Defendants.            )
                                            )
17 _____      )

18     Counsel report that they have met and conferred regarding ADR and have reached the
19 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R 3-5.
20     The parties agree to participate in Private ADR through Vivien Williamson and/or
21 William L. Nagle. The parties are continuing to confer regarding which individual is most
22 appropriate to handle the matter.
23     Due to the complexity of the claims, the parties request that the 90 day deadline be
24 extended to July 13, 2008 to complete ADR.
25
26

                                            1
                      **STIPULATION SELECTING ADR PROCESS**

1  DATED: January 4, 2008            GORDON & REES, LLP

3                                    By _____
4                                       BRYCE D. CARROLL
                                        Attorneys for Plaintiff
5                                       BOVIS LEND LEASE, INC. as assignee of
                                        LNR-LENNAR BRANNAN STREET, LLC

6  DATED: January __, 2008           LONG & LEVITT, LLP

8                                    By _John Sullen for__ JENNIFER A. BECKER
9                                       JENNIFER A. BECKER
                                        Attorneys for Defendant
10                                      MBH ARCHITECTS, INC. aka MCNULTY
                                        BRISKMAN HEATH

## [PROPOSED] ORDER

Pursuant to the stipulation above, the captioned matter is hereby referred to Private ADR. The deadline for ADR session is July 13, 2008.

IT IS SO ORDERED

DATED: January ___, 2008             _____
                                     UNITED STATES MAGISTRATE JUDGE