1  S. MITCHELL KAPLAN (SBN 095065)
2  BRYCE CARROLL (SBN 208593)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Plaintiff
6  BOVIS LEND LEASE, INC. as assignee of
   LNR-LENNAR BRANNAN STREET, LLC
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 BOVIS LEND LEASE, INC. as assignee of  ) CASE NO. C 07 5262
   LNR-LENNAR BRANNAN STREET, LLC,        )
12                                        ) **STIPULATION AND [PROPOSED]**
                         Plaintiffs,      ) **ORDER SELECTING ADR**
13    vs.                                 ) **PROCESS**
14                                        )
   MBH ARCHITECTS, INC. aka MCNULTY       )
15 BRISKMAN HEATH and DOES 1 through 150, )
                                          )
16                       Defendants.      )
17                                        )

18      Counsel report that they have met and conferred regarding ADR and have reached the

19 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R 3-5.

20      The parties agree to participate in Private ADR through Vivien Williamson and/or

21 William L. Nagle. The parties are continuing to confer regarding which individual is most

22 appropriate to handle the matter.

23      Due to the complexity of the claims, the parties request that the 90 day deadline be

24 extended to July 13, 2008 to complete ADR.

25

26

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111

1  DATED: January 4, 2008                    GORDON & REES, LLP

3                                            By _____
4                                               BRYCE D. CARROLL
                                                Attorneys for Plaintiff
5                                               BOVIS LEND LEASE, INC. as assignee of
                                                LNR-LENNAR BRANNAN STREET, LLC

6  DATED: January 7, 2008                    LONG & LEVITT, LLP

8                                            By _____
                                                JENNIFER A. BECKER
9                                               JENNIFER A. BECKER
                                                Attorneys for Defendant
10                                              MBH ARCHITECTS, INC. aka MCNULTY
                                                BRISKMAN HEATH

12                              [PROPOSED] ORDER

14     Pursuant to the stipulation above, the captioned matter is hereby referred to Private ADR.
15  The deadline for ADR session is July 13, 2008.

16  IT IS SO ORDERED

18  DATED: January 7, 2008                   _____
                                             UNITED STATES MAGISTRATE JUDGE

*Gordon & Rees, LLP*
*Attorneys at Law*
*Embarcadero Center West*
*275 Battery Street, Twentieth Floor*
*San Francisco, CA 94111*

LNAR/1043708/5286039v.1

2
STIPULATION SELECTING ADR PROCESS