# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 25, 2008            **Court Reporter:**  Kathy Powell


**CASE NO. C-07-5262  JSW**

**TITLE:**  Bovis Lend Lease, Inc., v. MBH Architects, Inc.,


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

S. Mitchell Kaplan                   John Sullivan


**PROCEEDINGS:**  Initial Case Management Conference


**RESULTS:**   ADR:  The parties have selected Private Mediation to be completed by 7-13-08

Close of ALL discovery:  12-15-08

Hearing on dispositive motions (if any):  1-16-09 at 9:00 a.m.

Pretrial Conference:  3-30-09 at 2:00 p.m.

Jury Trial:  4-20-09 at 8:30 a.m. (10 - 20 day est.)


**Counsel for Plaintiff is ordered to pay sanctions for appearing 50 minutes late to the Case Management Conference.  Sanctions in the amount of $250 payable to the clerk of court by no later than 2-1-08.**


cc: Finance