1  JENNIFER A. BECKER  State Bar # 121319
   JOHN B. SULLIVAN  State Bar # 238306
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   jabecker@longlevit.com / jsullivan@longlevit.com
5
   Attorneys for Defendant
6  MBH ARCHITECTS, INC. aka McNULTY
   BRISKMAN HEATH
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  BOVIS LEND LEASE, INC. as assignee          CASE No. C 07-05262 JSW
    of LNR-LENNAR BRANNAN STREET,
13  LLC,                                        **MOTION FOR LEAVE TO FILE A THIRD
                                                PARTY COMPLAINT AGAINST LNR-
14                        Plaintiff,            LENNAR BRANNAN STREET, LLC**

15       vs.                                    Date:      April 4, 2008
                                                Time:      9:00 a.m.
16  MBH ARCHITECTS, INC. aka                    Courtroom: Hon. Jeffrey S. White
    McNULTY BRISKMAN HEATH and
17  DOES 1 through 150, inclusive,

18                        Defendant.

19

20                        **NOTICE OF MOTION**

21        PLEASE TAKE NOTICE that on April 4, 2008 at 9:00 a.m., or as soon thereafter

22  as the matter may be heard in Courtroom 2 on the 17th Floor of the above-entitled Court, located

23  at 450 Golden Gate Avenue, San Francisco, California, Defendant MBH ARCHITECTS, INC.

24  ("MBH") will, and hereby does, move the Court for an order granting it leave to file a third party

25  complaint against LNR-LENNAR BRANNAN STREET, LLC ("Lennar").  A true and correct

26  copy of the proposed third party amended complaint is attached as Exhibit A to this motion.  This

27  motion will be based on this Notice and Memorandum of Points and Authorities, the Declaration

28                                          1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-
LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

1    of John B. Sullivan, the pleadings and papers on file herein, and on any such other evidence as

2    may be submitted at the hearing of this motion.

3    **RELIEF SOUGHT**

4          Bovis Lend Lease, Inc. ("Bovis") filed the Complaint for Damages in this action

5    against MBH after Lennar assigned Bovis all of its rights and remedies against MBH arising out

6    the Professional Services Agreement between Lennar and MBH (the "Professional Services

7    Agreement"). (Declaration of John B. Sullivan ("Sullivan Dec."), ¶ 3, Ex. A.) Because of the

8    existence of an indemnity and attorney's fess provisions in the Professional Services Agreement,

9    MBH seeks leave to file a Third Party Impleader Complaint against Lennar to join it in this

10    lawsuit. A true and correct copy of the proposed Third Party Impleader Complaint is attached as

11    Exhibit A to this motion.

12    **MEMORANDUM OF POINTS AND AUTHORITIES**

13    **I.    INTRODUCTION**

14          The Complaint in this action was filed by Bovis, the general contractor of a

15    condominium complex located at 200 Brannan Street and One Federal Street in San Francisco,

16    CA (hereinafter referred to as "200 Brannan) against MBH, the architect of 200 Brannan.

17    However, Bovis' claims arise out of the Professional Services Agreement between Lennar, the

18    developed of 200 Brannan, and MBH. In settlement of a dispute between Lennar and Bovis,

19    Lennar assigned Bovis all of its rights and remedies against MBH arising out of the Professional

20    Services Agreement.

21          Based on the terms of the Professional Services Agreement, MBH is entitled to

22    indemnity from Lennar for all losses, costs, claims, damages, liabilities and attorneys' fees which

23    MBH incurs as a result of any negligent errors, acts or omissions of Lennar or any contractor or

24    subcontractor employed or retained directly by Lennar. MBH has begun to incur such costs and

25    attorney's fees in defense of this lawsuit. MBH is also entitled to its reasonable costs and

26    attorneys' fees to the extent it prevails on any claim brought by Lennar arising out of the

27    Professional Services Agreement.

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

1    Several of the factual and legal issues in this action will overlap with the factual

2  and legal issues in MBH's claims against Lennar.  To avoid the waste of judicial time and

3  resources as a result of a separate action on these issues, this Court should allow MBH to implead

4  Lennar into this action, so that all of these claims can be settled at once.

5  **II.    FACTUAL BACKGROUND**

6    Lennar was the developer of a condominium complex located at 200 Brannan

7  Street and One Federal Street in San Francisco, CA.  (Sullivan Dec., ¶ 3, Ex. A, Complaint For

8  Damages, ¶3).  Bovis was the general contractor on the project.  (Sullivan Dec., ¶ 3, Ex. A,

9  Complaint For Damages¶4.)  On or about January 24, 2000, MBH and Lennar entered into the

10  Professional Services Agreement whereby MBH agreed, in consideration for payment of

11  $2,511,000, by Lennar, to furnish and perform various professional services for the real property

12  and residential homes located at 200 Brannan.  (Sullivan Dec., ¶ 3, Ex. A, Complaint For

13  Damages, ¶10, Ex. A.)

14    As a term and condition of the Professional Services Agreement set forth in

15  Paragraph 6.07, Lennar agreed to indemnify and hold harmless MBH from losses, costs, claims,

16  damages, liabilities and attorneys' fees which MBH incurs as a result of any negligent errors, acts

17  or omissions of Lennar or any contractor or subcontractor employed or retained directly by

18  Lennar. (Sullivan Dec., ¶ 3, Ex. A, Complaint For Damages, ¶10, Ex. A.)

19    Paragraph 7.02 of the Professional Services Agreement provides that "Should any

20  claim or action or proceeding be commenced between the parties hereto or their representatives

21  concerning any provision of this Agreement or the rights and duties of any person or entity in

22  relation thereto, the party prevailing in such action, claim or proceeding, as the case may be

23  whether by out of court settlement or final judgment, shall be entitled, in addition to other such

24  relief as may be granted, to the reasonable sum for attorneys' fees, expert witness and consulting

25  fees, court costs, and all other costs incurred in such action or proceeding and any other appeals in

26  connection therewith." (Sullivan Dec., ¶ 3, Ex. A, Complaint For Damages, ¶10, Ex. A.)

27    On June 12, 2007, an action was commenced in the Superior Court of the State of

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-
LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

1  California in and for the County of San Francisco, entitled Bovis Lend Lease, Inc., Plaintiff vs.

2  MBH Architects, Inc., as Case Number CGC07-464235. (Sullivan Dec., ¶ 3, Ex. A, Complaint

3  For Damages.) Based on a settlement of disputes between the two companies, Lennar assigned to

4  Bovis all of its rights and remedies against MBH and each of MBH's subconsultants arising out

5  of the Professional Services Agreement. (Sullivan Dec., ¶ 3, Ex. A, Complaint For Damages, ¶8.)

6  Bovis subsequently filed this action arising out of MBH's alleged failure to provide proper plans

7  and details for the Project, which allegedly delayed the completion of the project as well as

8  contributed to significant construction defect claims by the residents of 200 Brannan. (Sullivan

9  Dec., ¶ 3, Ex. A, Complaint For Damages.)

10  **III.    LEGAL ARGUMENT**

11      **A.    FRCP Rule 14 Provides For Impleader For Claims By A Defendant Against A
            Third Party For Indemnification**

12

13          Federal Rule of Civil Procedure 14 provides:

14          At any time after commencement of the action a (defendant)…may
            cause a summons and complaint to be served upon a person not a
            party to the action *who is or may be liable* to the (defendant)…for

15          all or part of the plaintiff's claim against the defendant. (emphasis
            and parentheses added)

16

17          The purpose of impleader is to promote judicial efficiency by eliminating the need

18  for defendant to bring a separate action against parties for secondarily or derivatively liable to the

19  defendant on account of plaintiff's claim. *Southwest Admin., Inc. v. Rozay's Transfer* (9th Cir.

20  1986) 791 F.2d 769, 777. Claims under Rule 14 are deemed "ancillary" to the plaintiff's original

21  claim against the defendant. *Owen Equipment & Erection Company v. Kroger* (1978) 437 U.S.

22  365, 376. Ancillary jurisdiction enables a federal court to adjudicate claims by defendants or

23  third parties arising from the same transaction or occurrence as a diversity or federal question

24  claim and which do not themselves meet federal jurisdiction standards. *Blake v. Pallan* (9th Cir.

25  1977) 554 F.2d 947, 956. Accordingly, no independent basis for jurisdiction is required.

26  Defendant can implead a third party who is a citizen of the same state as the defendant himself.

27  *United States v. United Pacific Ins. Company* (9th Cir. 1973) 472 F.2d 792.

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-
LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

1    Impleader and ancillary jurisdiction are commonly used for claims against a third
2    party for indemnification. *FDIC,* 134 FRD at 273, citing, *United States v. Twin Falls* (9th Cir.
3    1986) 806 F.2d 862, 867.  Moreover, It need not be shown that the third party defendant is
4    automatically liable if the defendant loses the underlying lawsuit. It is sufficient if there is some
5    possible scenario under which the third party defendant may be liable for some or all of the
6    defendant's liability to plaintiff. *FDIC,* 134 FRD at 272.

7    Here, MBH's main claim against Lennar is one for contractual indemnity based on
8    the language in the Professional Services Agreement entered into by the parties in January 2000.
9    The Professional Services Agreement provides that MBH is entitled to indemnity from Lennar for
10   all losses, costs, claims, damages, liabilities and attorneys' fees.  MBH has already begun to incur
11   attorneys' fees and costs.  (Declaration of John B. Sullivan, ¶ _.)

12   Impleader is commonly used for such claims, and should be allowed in this case to
13   avoid the multiplicity of litigation that would result if MBH were forced to file a separate action
14   against Lennar for any losses, costs, claims, damages, liabilities and attorneys' fees which MBH
15   incurs as a result of any negligent errors, acts or omissions of Lennar or any contractor or
16   subcontractor employed or retained directly by Lennar.  This policy is especially furthered in this
17   action because Bovis is suing MBH based on the contract entered into between MBH and Lennar
18   via an assignment of rights from Lennar.  To not allow MBH to implead Lennar would encourage
19   two separate action based upon the same contract.

20   **B.    The Court Should Allow MBH To Implead Lennar Into This Action**

21   Unless filed within ten days of the defendant's answer, impleader is allowed at the
22   discretion of the court. FRCP 14(a); *Irwin v. Mascott* (ND CA 2000) 94 F.Supp 1052, 1056.  The
23   Court's decision will not be overturned on appeal absent an abuse of discretion.  *Southwest*
24   *Admin., Inc. v. Rozay's Transfer* (9th Cir. 1986).  Courts construe this rule liberally in favor of
25   allowing impleader because it is designed to reduce multiplicity of litigation. *Lehman v.*
26   *Revolution Portfolio L.L.C.* (1st Cir. 1999) 166 F.3d 389, 393 (District court "should allow
27   impleader on any colorable claim of derivative liability that will not unduly delay or otherwise

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

5

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-
LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

1  prejudice the ongoing proceedings"); *FDIC v. Loube* (ND CA 1991) 134 FRD 270, 272.

2         In deciding whether impleader is appropriate, courts balance the benefits afforded

3  by liberal third party practice against possible prejudice to the plaintiff and the third party

4  defendant, the complication of issues at trial, the merits of the third party complaint, and any

5  additional costs that may be incurred by the parties. *Irwin,* 94 F.Supp.2d at 1056.

6         In this case, Bovis' claims arise out of the Professional Service Agreement entered

7  into between MBH and Lennar.  Thus, the issues at trial will not be complicated because many, if

8  not all, of MBH's defenses to Bovis' claims are intertwined with its claim for indemnity and

9  potentially for attorneys' fees against Lennar.  For this same reason, the addition of Lennar to this

10  case will not lead to a significant increase of additional costs for the parties.  Instead, it will

11  reduce the costs for the three parties because it will alleviate the need for another lawsuit by MBH

12  against Lennar for indemnity that will likely involve many of the same issues that will be litigated

13  in this action.

14         Therefore, this Court should allow MBH to implead Lennar into this action.

15  **IV.    CONCLUSION**

16         For the foregoing reasons, this Court should allow MBH to implead Lennar into

17  this action.

19  Dated: February 2 5, 2008            LONG & LEVIT LLP

21                          By  _____

22                          JENNIFER A. BECKER
                            JOHN B. SULLIVAN
23                          Attorneys for Defendant and Third Party
                            Plaintiff MBH ARCHITECTS, INC. aka
                            McNULTY BRISKMAN HEATH

25  DOCS\S7630-028\545149.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-
LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

# EXHIBIT A



1   JENNIFER A. BECKER  State Bar # 121319
    JOHN B. SULLIVAN  State Bar # 238306
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, CA  94104
    TEL: (415) 397-2222   FAX: (415) 397-6392
4
    jabecker@longlevit.com / jsullivan@longlevit.com
5
    Attorneys for Defendant
6   MBH ARCHITECTS, INC. aka McNULTY
    BRISKMAN HEATH
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   BOVIS LEND LEASE, INC. as assignee        CASE No. C 07-05262 JSW
     of LNR-LENNAR BRANNAN STREET,
13   LLC,                                      **THIRD PARTY IMPLEADER
                                               COMPLAINT FOR EXPRESS
14                          Plaintiff,         CONTRACTUAL INDEMNITY AND
                                               DECLARATORY RELIEF**
15        vs.
                                               **DEMAND FOR JURY TRIAL**
16   MBH ARCHITECTS, INC. aka
     McNULTY BRISKMAN HEATH and                Action Removed:   October 16, 2007
17   DOES 1 through 150, inclusive,            Judge:      Hon. Jeffrey S. White
                                               Trial Date:   April 20, 2009
18                          Defendant.

19   MBH ARCHITECTS, INC. aka
     McNULTY BRISKMAN HEATH,
20
                            Cross-
21                          Complainant,

22        vs.

23   LNR-LENNAR BRANNAN STREET,
     LLC, and ROES, 1 through 150,
24   inclusive,
                            Cross-
25                          Defendant.

26

27

28                                      1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

THIRD PARTY IMPLEADER COMPLAINT FOR EXPRESS CONTRACTUAL
INDEMNITY AND DECLARATORY RELIEF ** NO. C 07 05262 JSW

1    Third Part Complainant MBH Architects, Inc. ("MBH") alleges:

2            1.    MBH is and was at all times herein mentioned a citizen of the State of

3    California.

4            2.    On information and belief, LNR-LENNAR BRANNAN STREET, LLC

5    ("Lennar") is a California limited liability company.

6            3.    MBH alleges that the true names and capacities, whether individual,

7    corporate or otherwise, of third party defendants Roes 1 through 30 are unknown to MBH at the

8    present time, who therefore sues said third party defendants by such fictitious names.  MBH is

9    informed and believes and thereon alleges that each of said third party defendants named herein

10   as a Roe is legally responsible in some manner for the events and happenings herein complained

11   of and thereby proximately caused the damages suffered by MBH and alleged in this cross-

12   complaint.  MBH will amend this third party impleader complaint to allege their true names and

13   capacities when ascertained.

14           4.    In doing the things herein alleged, third party defendants, and each of them,

15   including ROE third party defendants, were the agents, employees, and/or representatives of each

16   other and/or acting in the course and scope of said agency, employment and/or representation in

17   the matters herein alleged.

18           5.    The jurisdiction of the court over this subject matter is predicated on 28

19   U.S.C. §1332 in that it is a civil action between citizens of different states and the matter in

20   controversy exceeds the sum of $75,000, exclusive of interest and costs.  Such jurisdiction existed

21   at the commencement of the action and at the time this action was removed to Federal Court.

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

THIRD PARTY IMPLEADER COMPLAINT FOR EXPRESS CONTRACTUAL
INDEMNITY AND DECLARATORY RELIEF ** NO. C 07 05262 JSW

6.   On or about January 24, 2000, MBH and Lennar entered into a written contract (the "Contract") whereby MBH agreed, in consideration for payment of $2,511,000, by Lennar, to furnish and perform various professional services for the real property and residential homes known as Brannan Square located at 200 Brannan Street in San Francisco, California (hereinafter "Project") as summarized in the Contract attached to this Third Party Impleader Complaint as Exhibit A.  As a term and condition of this Contract set forth in Paragraph 6.07, Lennar agreed to indemnify and hold harmless MBH from losses, costs, claims, damages, liabilities and attorneys' fees which MBH incurs as a result of any negligent errors, acts or omissions of Lennar or any contractor or subcontractor employed or retained directly by Lennar.

7.   The Contract also provides that "Should any claim or action or proceeding be commenced between the parties hereto or their representatives concerning any provision of this Agreement or the rights and duties of any person or entity in relation thereto, the party prevailing in such action, claim or proceeding, as the case may be whether by out of court settlement or final judgment, shall be entitled, in addition to other such relief as may be granted, to the reasonable sum for attorneys' fees, expert witness and consulting fees, court costs, and all other costs incurred in such action or proceeding and any other appeals in connection therewith."

8.   On June 12, 2007, an action was commenced in the Superior Court of the State of California in and for the County of San Francisco, entitled Bovis Lend Lease, Inc., Plaintiff vs. MBH Architects, Inc., as Case Number CGC07-464235.  According to the Complaint, Lennar assigned to Bovis all of its rights and remedies against MBH and each of MBH's subconsultants arising out of the Contract.  Bovis subsequently filed this action arising out of MBH's alleged failure to provide proper plans and details for the Project, which in turn delayed the completion of the project as well as contributed to significant construction defect claims by the residents of 200 Brannan

//
//
//

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

THIRD PARTY IMPLEADER COMPLAINT FOR EXPRESS CONTRACTUAL INDEMNITY AND DECLARATORY RELIEF ** NO. C 07 05262 JSW

**FIRST CAUSE OF ACTION**
(Contractual Indemnity)

9.     MBH refers to and incorporates herein by reference the allegations of paragraphs 1 through 8 above.

10.     MBH and Lennar entered into the Contract in which MBH agreed to furnish and perform various professional services.  Under the terms of the Contract, Lennar agreed to indemnify and hold harmless MBH from losses, costs, claims, damages, liabilities and attorneys' fees which MBH incurs as a result of any negligent, errors, acts or omissions of Lennar or any contractor or subcontractor employed or retained directly by Lennar.

11.     MBH furnished and performed such professional services.

12.     Bovis has filed a Complaint in this action seeking damages arising out of such professional services, and encompassed by the aforementioned indemnity obligations.

13.     By virtue of the above-described contracts and/or applicable law Lennar and Roes 1 through 150 must hold MBH harmless and indemnify it for the amount of any judgment or settlement, and for expenses, costs of suit, attorneys' fees and other damages and costs which MBH incurs in connection with this litigation as a result of any negligent, errors, acts or omissions of Lennar or any contractor or subcontractor employed or retained directly by Lennar.

14.     MBH has incurred, and continues to incur, necessary and reasonable attorneys' fees and other legal costs in defending this action against Bovis.  To the extent that MBH suffers any losses, costs, claims, damages, liabilities or attorneys' fees as a result of any negligent errors and/or omissions of Lennar or any contractor or subcontractor employed or retained directly by Lennar, MBH is entitled to all such losses, costs, claims, damages, liabilities and attorneys' fees from Lennar.  The total amount of MBH's costs and attorneys' fees is not yet known and MBH will seek leave of court to insert such amount at the time of trial.

//
//
//

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

THIRD PARTY IMPLEADER COMPLAINT FOR EXPRESS CONTRACTUAL INDEMNITY  AND DECLARATORY RELIEF ** NO. C 07 05262 JSW

1

2

### SECOND CAUSE OF ACTION
(Declaratory Relief)

3      15.    MBH refers to and incorporates herein by reference the allegations of

4   Paragraphs 1 – 14 above.

5      16.    An actual controversy has arisen and now exists between MBH and Lennar

6   concerning their respective rights and duties under the Contract concerning the costs and

7   attorneys' fees provision of the Contract.

8      17.    On the one hand, MBH contends that Lennar is liable for a reasonable sum

9   for attorneys' fees, expert witness and consulting fees, court costs, and all other costs incurred in

10   this action or proceeding brought against MBH by Bovis in the event that MBH is determined to

11   be the prevailing party on the contract.  On the other hand, on information and belief, Lennar

12   denies that it is liable to MBH for a reasonable sum for attorneys' fees, expert witness and

13   consulting fees, court costs, and all other costs incurred in this action or proceeding brought

14   against MBH by Bovis in the event that MBH is determined to be the prevailing party on the

15   contract.

16      18.    MBH desires a judicial determination of it and Lennar's right and duties

17   related to this provision in the Contract which allows for an award of reasonable sum for

18   attorneys' fees, expert witness and consulting fees, court costs, and all other costs incurred to the

19   prevailing party.

20      19.    A judicial declaration is necessary and appropriate at this time under the

21   circumstances in order that MBH may ascertain it and Lennar's rights and obligations related to

22   this provision in the Contract which allows for an award of reasonable sum for attorneys' fees,

23   expert witness and consulting fees, court costs, and all other costs incurred to the prevailing party.

24      20.    To date, MBH has begun to incur attorneys' fees, expert witness and

25   consulting fees, court costs, and other costs related to this action by Bovis.

26   //

27   //

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO,
CALIFORNIA 94104
(415) 397-2222

5

1    WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them,

2  as follows:

3        1.    For a declaration that Lennar is liable to MBH for a reasonable sum for

4  attorneys' fees, expert witness and consulting fees, court costs, and all other costs

5  incurred in this action or proceeding brought against MBH by Bovis in the event

6  that MBH is determined to be the prevailing party;

7        2.    For general damages according to proof;

8        3.    For reasonable attorneys' fees;

9        4.    For punitive damages;

10        5.    For costs of suit herein incurred; and

11        6.    For such other and further relief as the court may deem proper.

12

13  Dated: February 26, 2008                LONG & LEVIT LLP

14

15                                By  _____
                                    JENNIFER A. BECKER
16                                  JOHN B. SULLIVAN
                                    Attorneys for Defendant and Third Party
17                                  Plaintiff MBH ARCHITECTS, INC. aka
                                    McNULTY BRISKMAN HEATH
18

19        MBH hereby demands trial by jury.
20

21
22  Dated: February 26, 2008                LONG & LEVIT LLP

23

24                                By  _____
                                    JENNIFER A. BECKER
25                                  JOHN B. SULLIVAN
                                    Attorneys for Defendant and Third Party
                                    Plaintiff MBH ARCHITECTS, INC. aka
26                                  McNULTY BRISKMAN HEATH
27

28  DOCS\S7630-028\544605.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

6

THIRD PARTY IMPLEADER COMPLAINT FOR EXPRESS CONTRACTUAL
INDEMNITY AND DECLARATORY RELIEF ** NO. C 07 05262 JSW