JENNIFER A. BECKER  State Bar # 121319
JOHN B. SULLIVAN  State Bar # 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

jabecker@longlevit.com / jsullivan@longlevit.com

Attorneys for Defendant
MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>　　　　　　Defendant. | CASE No. C 07-05262 JSW<br><br>**[PROPOSED] ORDER GRANTING MBH ARCHITECTS, INC.'S MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC**<br><br>Date:　　April 4, 2008<br>Time:　　9:00 a.m.<br>Courtroom: Hon. Jeffrey S. White |

　　　　Defendant MBH Architects, Inc.'s Motion For Leave To File A Third Party Complaint Against LNR-Lennar Brannan Street, LLC, having been considered, and the Court having considered Bovis Lend Lease, Inc's opposition (if any), and good cause appearing therefore:

///

///

///

///

1

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

1  The Court orders that the motion is GRANTED. The Court hereby grants MBH
2  Architects, Inc. leave to file a third party complaint against LNR-Lennar Brannan Street, LLC.
3  Such complaint must be filed, and served upon LNR-Lennar Brannan Street, LLC by
4  _____.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Jeffrey S. White
United States District Court Judge

DOCS\S7630-028\545714.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-
LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW