JENNIFER A. BECKER  State Bar # 121319
JOHN B. SULLIVAN  State Bar # 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

jabecker@longlevit.com / jsullivan@longlevit.com

Attorneys for Defendant
MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>Defendant. | CASE No. C 07-05262 JSW<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. Jeffrey S. White |

1

PROOF OF SERVICE ** NO. C 07 05262 JSW

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, CA 94104.

On February 26, 2008, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Bovis Lend Lease, Inc., etc. v. MBH Architects, Inc., et al.*, U.S.D.C., Northern District of California, San Francisco Division, Case No. C07-05262 JSW.

> MOTION FOR LEAVE TO FILE A THIRD PART COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC;
>
> DECLARATION OF JOHN B. SULLIVAN IN SUPPORT OF MBH ARCHITECTS, INC.'S MOTION FOR LEAVE TO FILE A THIRD PART COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC;
>
> [PROPOSED] ORDER GRANTING MBH ARCHITECTS, INC.'S MOTION FOR LEAVE TO FILE A THIRD PART COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC;
>
> THIRD PARTY IMPLEADER COMLAINT FOR EXPRESS CONTRACTUAL INDEMNITY AND DECLARATORY RELIEF; DEMAND FOR JURY TRIAL

SERVED UPON:

| | |
|---|---|
| S. Mitchell Kaplan, Esq.<br>Bryce Carroll, Esq.<br>Molly C. Machold, Esq.<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | *Attorneys for Plaintiffs*<br><br>Tel: 415.986.5900<br>Fax: 415.986.8054 |
| Steven Ray, Esq.<br>Lizabeth A. Muniz, Esq.<br>Stein, Ray & Harris LLP<br>222 West Adams Street, Suite 1800<br>Chicago, IL 60606 | *Attorneys Pro Hac Vice for Plaintiffs*<br><br>Tel: 312.641.3700<br>Fax: 312. |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 26, 2008, at San Francisco, California.

*/s/ Letha Payne*

Letha Payne