1  JENNIFER A. BECKER  State Bar # 121319
   JOHN B. SULLIVAN  State Bar # 238306
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   jabecker@longlevit.com / jsullivan@longlevit.com
5
   Attorneys for Defendant
6  MBH ARCHITECTS, INC. aka McNULTY
   BRISKMAN HEATH
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC, | CASE No. C 07-05262 JSW |
|---|---|---|
| 13 | | **AMENDED NOTICE OF MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive, | **(AMENDED AS TO HEARING DATE ONLY)** |
| 17 | | Date: April 18, 2008<br>Time: 9:00 a.m. |
| 18 | Defendant. | Courtroom: Hon. Jeffrey S. White |

19

20                    **NOTICE OF MOTION**

21      PLEASE TAKE NOTICE that on April 18, 2008 at 9:00 a.m., or as soon thereafter

22  as the matter may be heard in Courtroom 2 on the 17th Floor of the above-entitled Court, located

23  at 450 Golden Gate Avenue, San Francisco, California, Defendant MBH ARCHITECTS, INC.

24  ("MBH") will, and hereby does, move the Court for an order granting it leave to file a third party

25  complaint against LNR-LENNAR BRANNAN STREET, LLC ("Lennar").  A true and correct

26  copy of the proposed third party amended complaint is attached as Exhibit A to this motion.  This

27  motion will be based on this Amended Notice, the original Notice and Memorandum of Points

28                                    1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

and Authorities, the Declaration of John B. Sullivan previously filed, the pleadings and papers on file herein, and on any such other evidence as may be submitted at the hearing of this motion.

Dated: February 27, 2008

LONG & LEVIT LLP

By _____
JENNIFER A. BECKER
JOHN B. SULLIVAN
Attorneys for Defendant and Third Party Plaintiff MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

DOCS\S7630-028\545149.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC ** NO. C 07 05262 JSW

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, CA 94104.

On February 27, 2008, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Bovis Lend Lease, Inc., etc. v. MBH Architects, Inc., et al.*, U.S.D.C., Northern District of California, San Francisco Division, Case No. C07-05262 JSW.

**AMENDED NOTICE OF MOTION FOR LEAVE TO FILE A THIRD PART COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC**

SERVED UPON:

| | |
|---|---|
| S. Mitchell Kaplan, Esq.<br>Bryce Carroll, Esq.<br>Molly C. Machold, Esq.<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | *Attorneys for Plaintiffs*<br><br>Tel: 415.986.5900<br>Fax: 415.986.8054 |
| Steven Ray, Esq.<br>Lizabeth A. Muniz, Esq.<br>Stein, Ray & Harris LLP<br>222 West Adams Street, Suite 1800<br>Chicago, IL 60606 | *Attorneys Pro Hac Vice for Plaintiffs*<br><br>Tel: 312.641.3700<br>Fax: 312. |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 27, 2008, at San Francisco, California.

_____
Letha Payne

DOCS\S7630-028\545814.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222