IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

    Plaintiff,

v.

MBH ARCHITECTS INC.,

    Defendant.

No. C 07-05262 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO FILE THIRD-PARTY COMPLAINT**

On February 26, 2008, Defendant MBH Architects, Inc. filed a motion for leave to file a third-party complaint, which is now noticed for hearing on April 18, 2008. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 14, 2008 and a reply brief shall be filed by no later than March 21, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 27, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE