```
 1  SANDY M. KAPLAN (SBN: 095065)
    BRYCE D. CARROLL (SBN: 208593)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 5
    STEPHEN E. RAY (Pro Hac Vice)
 6  STEIN, RAY & HARRIS LLP
    Stein Ray & Harris
 7  222 West Adams Street, Suite 1800
    Chicago, IL 60606
 8  Telephone: (312) 641-3700
    Facsimile: (312) 641-3701
 9
10  Attorneys for Plaintiff BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR
    BRANNAN STREET, LLC
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>Defendant. | CASE NO. C 07-05262 JSW<br><br>**DECLARATION OF S. MITCHELL KAPLAN IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC**<br><br>Date: April 4, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White |

1. I, S. MITCHELL KAPLAN, declare

2. I am an attorney at the law firm of Gordon & Rees and am one of the attorneys for BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC in the above-captioned matter.

-1-
DECLARATION IN OPPOSITION TO MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-

3. Attached as Exhibit "A" is a true and correct copy of the Complaint filed on behalf of BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California that the forgoing declaration is true and correct. This declaration was executed this __ day of March, 2008 at San Francisco, California.

_____
S. MITCHELL KAPLAN

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
DECLARATION IN OPPOSITION TO MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-