JENNIFER A. BECKER  State Bar # 121319
JOHN B. SULLIVAN  State Bar # 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

jabecker@longlevit.com / jsullivan@longlevit.com

Attorneys for Defendant
MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>                        Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>                        Defendant. | CASE No. C 07-05262 JSW<br><br>**DECLARATION OF JOHN B. SULLIVAN IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MBH ARCHITECTS, INC.'S MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC**<br><br>Action Removed:   October 16, 2007<br>Judge:   Hon. Jeffrey S. White |

I, John B. Sullivan, declare:

    1.    I am an attorney at law duly licensed to practice by the State of California. If called as a witness herein, I would and could testify competently to the following.

    2.    I am an associate at Long & Levit LLP, attorneys of record for MBH Architects, Inc.

    3.    MBH respectfully requests that this Court consider this Reply Brief despite the fact that it was not timely filed due to a calendaring error at Long & Levit. MBH originally filed this motion for April 4, 2008. However, the Court informed counsel that the earliest such a

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

motion could be heard was April 18, 2008. Counsel believed that its Reply Brief was not due until April 4, 2008, 14 days prior to the hearing date of April 18, 2008 under Local Rule 7-3. On March 26, 2008 counsel discovered that this Reply Brief was in fact due on March 21, 2008. It filed the Reply Brief on that same day. Bovis will not be prejudiced by this late filing because it is not entitled to file a responsive pleading.

4. Attached to this Declaration as Exhibit 1 is a true and correct copy of Bovis' Complaint For Damages. Attached as Exhibit A to the Complaint is the Contract entered into between Lennar and MBH upon which Bovis bases its claims in this action.

5. Attached to this Declaration as Exhibit 2 is a true and correct copy of Bovis' responses to MBH's First Set of Special Interrogatories. In response to Special Interrogatory No. 3, Bovis appears to claim that Lennar would be responsible for any attorney fee award to MBH arising out of this action.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008 in San Francisco, California.

_____
JOHN B. SULLIVAN

DOCS\S7630-028\547037.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

SULLIVAN DEC. ISO REPLU BRIEF ISO MBH'S MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT AGAINST LNR-LENNAR BRANNAN STREET, LLC; NO. C 07 05262 JSW