**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

BOVIS LEND LEASE, INC. as assignee of
LNR-LENNAR BRANNAN STREET, LLC,

    Plaintiffs,

    vs.

MBH ARCHITECTS, INC. aka MCNULTY
BRISKMAN HEATH and DOES 1 through 150,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No. C 075262**

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Elizabeth S. Epstein, an active member in good standing of the bars of Illinois, Missouri and the U.S. District Court for the Northern District of Illinois whose business address and telephone number is Stein, Ray & Harris LLP, 222 West Adams Street, Suite 1800, Chicago, Illinois 60606, phone number (312) 641-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bovis Lend Lease, Inc.:

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

**MAR 2 8 2008**

Judge Jeffrey S. White