UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

        Plaintiff,

v.

MBH ARCHITECTS INC. et al,

        Defendant.
_____/

Case Number: CV07-05262 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Epstein
Stein Ray and Harris LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: April 1, 2008

        Richard W. Wieking, Clerk
        By: Frank Justiliano, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

        Plaintiff,

  v.

MBH ARCHITECTS INC. et al,

        Defendant.
                                            /

Case Number: CV07-05262 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Epstein
Stein Ray and Harris LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: April 1, 2008

                                    Richard W. Wieking, Clerk
                                    By: Frank Justiliano, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

        Plaintiff,

  v.

MBH ARCHITECTS INC. et al,

        Defendant.

Case Number: CV07-05262 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Epstein
Stein Ray and Harris LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: April 1, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

        Plaintiff,

  v.

MBH ARCHITECTS INC. et al,

        Defendant.

Case Number: CV07-05262 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Epstein
Stein Ray and Harris LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: April 1, 2008

                                  Richard W. Wieking, Clerk
                                  By: Frank Justiliano, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

        Plaintiff,

  v.

MBH ARCHITECTS INC. et al,

        Defendant.

Case Number: CV07-05262 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Epstein
Stein Ray and Harris LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: April 1, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

        Plaintiff,

v.

MBH ARCHITECTS INC. et al,

        Defendant.

Case Number: CV07-05262 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Epstein
Stein Ray and Harris LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: April 1, 2008

                Richard W. Wieking, Clerk
                By: Frank Justiliano, Deputy Clerk