AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF

BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

MBH ARCHITECTS, INC., aka McNULTY BRISKMAN HEATH, and Does 1 through 50, inclusive,

CASE NUMBER: C07-05262 JSW

V. THIRD PARTY DEFENDANT

LNR-LENNAR BRANNAN STREET, LLC and Roes 1 through 50, inclusive,

TO: (Name and address of defendant)

LNR-LENNAR BRANNAN STREET, LLC
70 NW 107th Avenue, Suite 400, Miami, FL 33172
**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY, *(name and address)*

Sandy M. Kaplan
Gordon & Rees
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.986.5900 / Fax: 415.986.8054

DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address)

Jennifer A. Becker
John B. Sullivan
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Tel: 415.397.2222 / Fax: 415.397.6392

an answer to the third-party complaint which is herewith served upon you, within  20 (twenty)  days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING
CLERK

(BY) DEPUTY CLERK

DATE  4/8/08

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

## RETURN OF SERVICE

|  | DATE |
|---|---|

Service of the Summons and Complaint was made by me [1]

| Name of SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the third-party defendant. Place where served:

☐    Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
   *Date*                                                         *Signature of Server*

   _____
   *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.