JOHN B. SULLIVAN (SBN 238306)
LONG & LEVIT LLP
465 California Street #500
San Francisco, CA 94104
Telephone: (415) 397-2222
Attorney for: Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: BOVIS LEND LEASE, INC etc., et al.

Defendant: MBH ARCHITECTS, INC. etc., et al.

Ref#: 233998   *   **PROOF OF SERVICE**   *   Case No.: C 07-05262 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

THIRD PARTY SUMMONS IN A CIVIL ACTION; THIRD PARTY IMPLEADER COMPLAINT FOR EXPRESS CONTRACTUAL INDEMNITY AND DECLARATORY RELIEF DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURSIDICTION; NOTICE OF LAWSUITE AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served     : LNR-LENNAR BRANNAN STREET, LLC

By serving       : Margaret Wilson, Authorized Agent

Address          : C.T. Corporation System
                   818 W. 7th Street
                   Los Angeles, CA 90017

Date of Service: April 10, 2008

Time of Service: 2:45 PM

Person who served papers:
DEANDRE JOHNSON
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $145.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 11, 2008                 Signature _____

** TOTAL PAGE.02 **