1  S. MITCHELL KAPLAN (SBN 095065)
   MARK E. MEREDITH (SBN 156389)
2  BRYCE CARROLL (SBN 208593)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Plaintiff
   BOVIS LEND LEASE, INC. as assignee of
7  LNR-LENNAR BRANNAN STREET, LLC

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 BOVIS LEND LEASE, INC. as assignee of     ) CASE NO. C 07 5262
   LNR-LENNAR BRANNAN STREET, LLC,           )
12                                            ) **PROOF OF SERVICE BY MAIL**
                                              ) **[LNR-LENNAR BRANNAN**
13                  Plaintiffs,               ) **STREET, LLC'S ANSWER TO**
        vs.                                   ) **THIRD PARTY COMPLAINT**
14                                            )
   MBH ARCHITECTS, INC. aka MCNULTY          )
15 BRISKMAN HEATH and DOES 1 through 150,    )
                                              )
16                  Defendants.               )
                                              )
17 ─────────────────────────────────────────

<pre>
</pre>

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On April 30, 2008, I served the within documents:

**LNR-LENNAR BRANNAN STREET, LLC'S ANSWER TO THIRD PARTY COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

   See Attached Service List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 30, 2008, at San Francisco, California.

_____
Sandra C. Marrujo

1

Service List

2

***Bovis Land Lease, Inc., etc. vs. MBH Architects, Inc., et al.***
3 U.S.D.C., N.D. Cal. Action No. C07-5262

4

| *Counsel* | *Party* | *Counsel* | *Party* |
|---|---|---|---|
| John Brendan Sullivan<br>Long & Levit<br>465 California Street, 5th Floor<br>San Francisco, Ca 94014<br>(415) 397-2222<br>(415) 397-6392 (FAX) | MBH ARCHI-TECTS, INC., aka McNULTY BRISKMAN HEALTH | Stephen E. Ray, Esq.<br>Stein,Ray & Harris<br>222 West Adams Street<br>Chicago, IL 60606<br>(312) 516-2060 | |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LNAR/1043708/5317491v.1