JENNIFER A. BECKER  State Bar # 121319
JOHN B. SULLIVAN  State Bar # 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

jabecker@longlevit.com / jsullivan@longlevit.com

Attorneys for Defendant
MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>Defendant.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH,<br><br>Cross-Complainant,<br><br>Vs.<br><br>LNR-LENNAR BRANNAN STREET, LLC, and ROES 1 through 150, inclusive,<br><br>Cross-Defendant. | CASE No. C 07-05262 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS**<br><br>Action Removed:  October 16, 2007<br>Trial Date:  April 20, 2009<br>Judge:  Hon. Jeffrey S. White |

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS NO. C 07 05262 JSW

## STIPULATION

The parties have agreed to mediate this action in front of Zela Claiborne of JAMS. The parties stipulate agree to extend the Court imposed deadline of July 13, 2008 to mediate this action sixty days to September 11, 2008.

Dated: July 1, 2008

LONG & LEVIT LLP

By: /s/ John B. Sullivan
JOHN B. SULLIVAN
Attorneys for Defendant and Cross-Complainant
MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

Dated: July 1, 2008

STEIN, RAY & HARRIS

By: /s/ Elizabeth Epstein
ELIZABETH EPSTEIN
Attorneys for Plaintiff
BOVIS LEND LEASE, as an assignee of LNR-LENNAR BRANNAN STREET, LLC

Dated: July 1, 2008

GORDON & REES, LLP

By: /s/ Mark Meredith
MARK MEREDITH
Attorneys for Cross-Defendant
LNR-LENNAR BRANNAN STREET, LLC

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS NO. C 07 05262 JSW

**PROPOSED ORDER**

Pursuant to the stipulation above, the Court hereby extends the deadline for the parties to mediation this action before a private mediator before September 11, 2008.

IT IS SO ORDERED.

Dated: June __, 2008        By _____
                               JUDGE JEFFREY S. WHITE
                               United States District Court Judge

DOCS\S7630-028\550654.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS NO. C 07 05262 JSW