1  JENNIFER A. BECKER  State Bar # 121319
   JOHN B. SULLIVAN  State Bar # 238306
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4

   jabecker@longlevit.com / jsullivan@longlevit.com
5

   Attorneys for Defendant
6  MBH ARCHITECTS, INC. aka McNULTY
   BRISKMAN HEATH
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | BOVIS LEND LEASE, INC. as assignee    CASE No. C 07-05262 JSW
   | of LNR-LENNAR BRANNAN STREET,
13 | LLC,                                  **STIPULATION AND [PROPOSED]
                                           ORDER REGARDING ADR PROCESS**
14 |                 Plaintiff,
                                           Action Removed:  October 16, 2007
15 | vs.                                   Trial Date:      April 20, 2009
                                           Judge:           Hon. Jeffrey S. White
16 | MBH ARCHITECTS, INC. aka
   | McNULTY BRISKMAN HEATH and
17 | DOES 1 through 150, inclusive,

18 |                 Defendant.

19 |
   | MBH ARCHITECTS, INC. aka
20 | McNULTY BRISKMAN HEATH,

21 |                 Cross-Complainant,

22 | Vs.

23 | LNR-LENNAR BRANNAN STREET,
   | LLC, and ROES 1 through 150, inclusive,
24
   |                 Cross-Defendant.
25

26

27

28

                                  1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

## STIPULATION

The parties have agreed to mediate this action in front of Zela Claiborne of JAMS. The parties stipulate agree to extend the Court imposed deadline of July 13, 2008 to mediate this action sixty days to September 11, 2008.

Dated: ~~June~~ July 1, 2008

LONG & LEVIT LLP

By _____
JOHN B. SULLIVAN
Attorneys for Defendant and Cross-Complainant
MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH

Dated: ~~June~~ July 1, 2008

STEIN, RAY & HARRIS

By _____
ELIZABETH EPSTEIN
Attorneys for Plaintiff
BOVIS LEND LEASE, as an assignee of LNR-LENNAR BRANNAN STREET, LLC

Dated: ~~June~~ July 1, 2008

GORDON & REES, LLP

By _____
MARK MEREDITH
Attorneys for Cross-Defendant
LNR-LENNAR BRANNAN STREET, LLC

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS NO. C 07 05262 JSW

1

## ~~PROPOSED~~ ORDER

2  Pursuant to the stipulation above, the Court hereby extends the deadline for the

3  parties to mediation this action before a private mediator before September 11, 2008.

4  IT IS SO ORDERED.

5

6

7  Dated: ~~June __, 2008~~ July 3, 2008    By *Jeffrey S White*
JUDGE JEFFREY S. WHITE
8  United States District Court Judge

9  DOCS\S7630-028\550654.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ADR PROCESS NO. C 07 05262 JSW