IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOVIS LEND LEASE INC.,

    Plaintiff,

    v.

MBH ARCHITECTS INC.,

    Defendants.

AND RELATED THIRD PARTY COMPLAINT
_____/

No. 07-05262 JSW

**ORDER REQUIRING STATUS REPORT**

On July 3, 2008, the Court granted the parties' stipulation extending the time to conduct mediation from July 13, 2008 to September 11, 2008. There has been no further action in this case and the deadline for filing dispositive motions has passed. Accordingly, the hearing date set for January 16, 2009 is VACATED. The parties are HEREBY ORDERED to submit a joint status report the Court advising the Court whether this matter has been resolved or whether it will proceed to trial. The parties joint status report shall be due by no later than January 9, 2009. **IT IS SO ORDERED.**

Dated: December 17, 2008

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE