JENNIFER A. BECKER  State Bar # 121319
JOHN B. SULLIVAN  State Bar # 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

jabecker@longlevit.com / jsullivan@longlevit.com

Attorneys for Defendant
MBH ARCHITECTS, INC. aka McNULTY
BRISKMAN HEATH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>Defendant.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH,<br><br>Cross-Complainant,<br><br>vs.<br><br>LNR-LENNAR BRANNAN STREET, LLC, and ROES, 1 through 150, inclusive,<br><br>Cross-Defendant. | CASE No. C 07-05262 JSW<br><br>**MBH ARCHITECTS, INC.'S PROPOSED NINTH CIRCUIT/CACI JURY INSTRUCTIONS**<br><br>Judge:       Hon. Jeffrey S. White<br>Trial Date:  April 20, 2009 |

| Ninth Cir. Manual of Model Jury Instructions No. | Instruction |
|---|---|
| | INSTRUCTIONS ON THE TRIAL PROCESS |
| 1.1A | Duty Of Jury |
| 1.1C | Duty Of Jury |
| 1.2 | Claims And Defenses |
| 1.3 | Burden of Proof – Preponderance Of The Evidence |
| 1.6 | What Is Evidence |
| 1.7 | What Is Not Evidence |
| 1.8 | Evidence for Limited Purpose |
| 1.9 | Direct and Circumstantial Evidence |
| 1.10 | Ruling on Objections |
| 1.11 | Credibility of Witnesses |
| 1.12 | Conduct of Jury |
| 1.14 | Taking Notes |
| 1.19 | Outline of Trial |
| | INSTRUCTIONS ON TYPES OF EVIDENCE |
| 2.2 | Stipulations of Fact |
| 2.8 | Impeachment Evidence |
| 2.10 | Uses of Interrogatories of a Party |
| 2.11 | Expert Opinion |
| 2.12 | Charts and Summaries Not Received Into Evidence |
| 2.13 | Charts and Summaries Received Into Evidence |
| | INSTRUCTIONS CONCERNING DELIBERATIONS |
| 3.1 | Duty to Deliberate |
| 3.2 | Communication With Court |
| 3.3 | Return of Verdict |
| | DAMAGES |
| 5.1 | Damages – Proof |
| 5.2 | Measures of Types of Damages |
| 5.3 | Damages – Mitigation |

| CACI No. | Instruction |
|---|---|
| | CONTRACTS |
| 300 | Breach of Contract – Introduction |
| 303 | Breach of Contract – Essential Elements |
| 350 | Introduction to Contract Damages |
| 351 | Special Damages |
| 354 | Owner's Damages for Breach of Contract to Construct Improvements on Real Property |
| 358 | Mitigation of Damages |
| 361 | Plaintiff May Not Recover Duplicate Contract and Tort Damages |
| | NEGLIGENCE/PROFESSIONAL NEGLIGENCE |
| 400 | Essential Factual Elements |
| 600 | Standard of Care |
| 602 | Success Not Required |
| 405 | Plaintiff's Contributory Negligence |
| 406 | Apportionment of Responsibility |
| 413 | Custom or Practice |
| 430 | Causation: Substantial Factor |
| 432 | Causation: Third Party Conduct as Superseding Cause |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Dated: March 16, 2009           LONG & LEVIT LLP

                                By _____
                                JOHN B. SULLIVAN
                                Attorneys for Defendant
                                MBH ARCHITECTS, INC. aka
                                McNULTY BRISKMAN HEATH

DOCS\S7630-028\560491.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222