J. MICHAEL HIGGINBOTHAM  State Bar # 61499
JENNIFER A. BECKER  State Bar # 121319
JOHN B. SULLIVAN  State Bar # 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
mhigginbotham@longlevit.com
jabecker@longlevit.com / jsullivan@longlevit.com

Attorneys for Defendant
MBH ARCHITECTS, INC. aka McNULTY
BRISKMAN HEATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH and DOES 1 through 150, inclusive,<br><br>Defendant.<br><br>MBH ARCHITECTS, INC. aka McNULTY BRISKMAN HEATH,<br><br>Cross-Complainant,<br><br>vs.<br><br>LNR-LENNAR BRANNAN STREET, LLC, and ROES, 1 through 150, inclusive,<br><br>Cross-Defendant. | CASE No. C 07-05262 JSW<br><br>**DEFENDANT MBH ARCHITECTS, INC'S OBJECTIONS TO PLAINTIFF BOVIS LEND LEASE'S PROPOSED JURY INSTRUCTIONS.**<br><br>Date:        March 30, 2009<br>Time:       2:00 p.m.<br>Courtroom: 11<br>Judge:      Hon. Jeffrey S. White<br><br>Trial Date:  April 20, 2009 |

///

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DEFENDANT MBH ARCHITECTS, INC'S OBJECTIONS TO PLAINTIFF BOVIS LEND LEASE'S PROPOSED JURY INSTRUCTIONS.- NO. C 07 05262 JSW

Defendant MBH ARCHITECTS, INC. ("MBH") will, and hereby does, object to Plaintiff BOVIS LEND LEASE, INC'S ("Bovis") Proposed Jury Instructions (attached hereto as Exhibit A) as follows:

### PROPOSED INSTRUCTION No. 1

MBH objects to Proposed Instruction No. 1 to the extent it includes the phrase "harm to Bovis". The harm in the case was to LNR – Lennar Brannan Street, LLC ("Lennar"). Lennar allegedly assigned the rights under the contract by Lennar. Thus, any reference to "Bovis" should state "Lennar, as assignor of its claims to Bovis".

In addition, MBH objects to the omission of their affirmative defenses, including: (1) Failure to Mitigate, (2) Unclean Hands, (3) Estoppel, (4) Waiver, (5) Intervening Cause, (6) Comparative Negligence, (7) Fault of Other Third Parties, (8) Civil Code § 1473, (9) Ratification (10) Modification and Misuse of Plans and Designs, and (11) Indemnification.

### PROPOSED INSTRUCTION No. 2

MBH objects to Proposed Instruction No. 2 on the basis on the basis it omits "Bovis Claims that the parties entered into a contract" as set forth in Judicial Council of California Civil Jury Instruction (CACI) No. 302, December 2008 Supplement.

### PROPOSED INSTRUCTION No. 3

MBH does not object to Proposed Instruction No. 3.

### PROPOSED INSTRUCTION No. 4

MBH objects to Proposed Instruction No. 4 to the extent it omits the language "Unless the law provides otherwise" as set forth in California Civil Jury Instructions (BAJI) No. 10.96, Fall 2008 Edition.

### PROPOSED INSTRUCTION No. 5

MBH does not object to Proposed Instruction No. 5.

### PROPOSED INSTRUCTION No. 6

MBH objects to Proposed Instruction No. 6 on the basis that it omits "Bovis also must prove the amount of Lennar's damages according to the following instructions."

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

DEFENDANT MBH ARCHITECTS, INC'S OBJECTIONS TO PLAINTIFF BOVIS LEND LEASE'S PROPOSED JURY INSTRUCTIONS.- NO. C 07 05262 JSW

In addition, MBH objects to the inclusion of, "nor must you calculate its damages with exact certainty if you find that Bovis has proved MBH is liable for damages. The law requires only that some reasonable basis of computation be used and the result reached can be a reasonable approximation. However,". MBH sees no reason to adjust the CACI instruction on which Proposed Instruction is based. The inclusion of the above referenced language would unnecessarily confuse the jury as to the issues.

### PROPOSED INSTRUCTION No. 7

MBH objects to Proposed Instruction No. 7 to the extent it states that Bovis was harmed by MBH. Any reference to "Bovis" should state "Lennar, as assignee of its claims to Bovis".

### PROPOSED INSTRUCTION No. 8

MBH objects to Proposed Instruction No. 8 to the extent it substitutes "design professional" for "person" as stated in Judicial Council of California Civil Jury Instruction (CACI) No. 401, December 2008 Supplement.

### PROPOSED INSTRUCTION No. 9

MBH objects to Proposed Instruction No. 9 to the extent it substitutes "must" for "may". MBH also objects to the inclusion of the term "professional" and the substitution of "architecture design industry as testified to by the parties' expert witnesses" for "community as stated in Judicial Council of California Civil Jury Instruction (CACI) No. 413, December 2008 Supplement.

In addition, MBH objects to the lengthy omission of relevant language from CACI No. 413 as it excludes relevant law related to standard of care and would confuse jury deliberation on that issue.

### PROPOSED INSTRUCTION No. 10

MBH objects to Proposed Instruction No. 10 to the extent the instruction categorizes the harm as "Bovis's" rather than "Lennar, as assignee of its claims to Bovis's".

### PROPOSED INSTRUCTION No. 11

MBH does not object to Proposed Instruction No. 11.

3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DEFENDANT MBH ARCHITECTS, INC'S OBJECTIONS TO PLAINTIFF BOVIS LEND LEASE'S PROPOSED JURY INSTRUCTIONS.- NO. C 07 05262 JSW

## PROPOSED INSTRUCTION No. 12

MBH does not object to Proposed Instruction No. 12.

## PROPOSED INSTRUCTION No. 13

MBH does not object to Proposed Instruction No. 13.

## PROPOSED INSTRUCTION No. 14

MBH objects to Proposed Instruction No. 14 on the basis that it states "opinions of expert witnesses" rather than "opinions of design professionals".

## PROPOSED INSTRUCTION No. 15

MBH objects to Proposed Instruction No. 15 on the basis that it references "Bovis" rather than "Lennar, as assignee of its claims to Bovis".

## PROPOSED INSTRUCTION No. 16

MBH objects to Proposed Instruction No. 16 on the basis that it omits the language "that will provide reasonable compensation for the harm." In addition, MBH objects to the inclusion of "nor must you calculate its damages with exact certainty if you find that Bovis has proved MBH is liable for damages. The law requires only that some reasonable basis of computation be used and the result reached can be a reasonable approximation. However," as it would confuse the jury as to damages and their deliberation on that issue.

## PROPOSED INSTRUCTION No. 17

MBH objects to Proposed Instruction No. 17 on the basis that it addresses issues not raised in the pleadings.

## PROPOSED INSTRUCTION No. 18

MBH objects to Proposed Instruction No. 18 on the basis that it addresses issues not raised in the pleadings.

## PROPOSED INSTRUCTION No. 19

MBH objects to Proposed Instruction No. 19 on multiple grounds. First, MBH submits that the language "which inclued extended general conditions costs, extended construction financing costs such as additional loan interest, and increased subcontractor construction costs" is

4

1  duplicative and would confuse the jury.

2      In addition, MBH objects to any reference to "completion" without stating "final
3  completion date." MBH ask objects to references to "negligence" rather than the "standard of
4  care."

5      Lastly, MBH objects to the reference to "Bovis contends" rather than stating "Bovis, as
6  assignee of Lennar's claims, contends".

7      In addition to the foregoing, MBH reserves the right to assert additional objections.

8

9  Dated: March 9, 2009                                LONG & LEVIT LLP

10

11                                                By      /s/ John B. Sullivan
                                                        JOHN B. SULLIVAN
12                                                      Attorneys for Defendant
                                                        MBH ARCHITECTS, INC. aka
                                                        McNULTY BRISKMAN HEATH
13  DOCS\S7630-028\561374.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

5

DEFENDANT MBH ARCHITECTS, INC'S OBJECTIONS TO PLAINTIFF BOVIS LEND
LEASE'S PROPOSED JURY INSTRUCTIONS.- NO. C 07 05262 JSW