IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOVIS LEND LEASE INC., | |
|     Plaintiff, | No. 07-05262 JSW |
|   v. | **ORDER REQUIRING PARTIES TO MEET AND CONFER AND PROVIDE FURTHER SUBMISSIONS IN ADVANCE OF PRETRIAL CONFERENCE** |
| MBH ARCHITECTS INC., | |
|     Defendant. | |
| AND RELATED CROSS-COMPLAINT | |

The Court has received the parties' pretrial filings. Based on the Court's preliminary review of those materials it is HEREBY ORDERED as follows:

1. The parties shall meet and confer in person to comply with Paragraph 2(h) of this Court's Guidelines for Civil Jury Trials, which provides that the parties' exhibit list shall set forth objections to the exhibits. Thus, the parties' tabular list of exhibits should be in the following format: the first column should describe the exhibit, the second column should set briefly set forth the basis of the objection, and the third column should set forth a brief response thereto. As set forth in that paragraph, the parties also shall "attempt to resolve objections to the exhibits before this list is filed with the Court, to consider exhibit numbers, and to eliminate duplicate exhibits and confusion over the precise exhibit. Unless there is a genuine issue as to the authenticity of exhibits, a party that has produced documents should not object to the other party offering those documents as exhibits on the basis of authenticity or the best evidence rule. Finally, the Court normally will not entertain routine objections to exhibits on the basis of a lack of foundation." **By no later than 4:00 p.m., Friday, March 27, 2009**, the parties shall file

a revised exhibit list in this format and shall submit a chambers copy to the Court accompanied by a binder that contains each exhibit to which there is an objection. The binder and the exhibits therein need not be filed with the Court.

2. MBH has submitted deposition designations for the Deposition of Ryan Sondgrath. The Court presumes there are no objections to the designated portions of Mr. Sondgrath's testimony. However, if Bovis does object to these designations, the parties shall meet and confer in person and comply with Paragraph 2(f) of this Court's Guidelines for Civil Jury Trials. Any supplemental submissions pursuant to this paragraph shall be due by no later than **4:00 p.m., Friday, March 27, 2009.**

3. Finally, although Bovis captioned some jury instructions as "stipulated," MBH has submitted objections to what have been designated stipulated instructions. MBH also has submitted a number of instructions that are captioned "Stipulated/Disputed," and a separate list of Ninth Circuit and California model jury instructions. The parties shall meet and confer in person and submit a revised set of **joint** stipulated jury instructions and any additional disputed instructions, to the Court by no later than **4:00 p.m., Friday, March 27, 2009.** The parties need not re-file their memoranda of law on disputed jury instructions. If additional instructions are in dispute, then any memoranda of law in support of or in opposition to the disputed instructions also shall be due by no later than **4:00 p.m.**, **Friday, March 27, 2009.**

**IT IS SO ORDERED.**

Dated: March 20, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: