IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOVIS LEND LEASE INC., | |
|     Plaintiff, | No. C 07-05262 JSW |
|     v. | **ORDER RE BRIEFING SCHEDULE ON MOTION IN LIMINE NO. 5** |
| MBH ARCHITECTS INC., | |
|     Defendant. / | |

On March 23, 2009, this Court issued an Order setting a briefing schedule on Defendant MBH Architects, Inc. filed its Motion in Limine No. 5 to Exclude Testimony of Richard Avelar's undisclosed opinions. Pursuant to that Order, Bovis' opposition to the motion was due by no later than 12:00 p.m. on Wednesday, March 25, 2009. Bovis did not file an opposition by that deadline. The Court, therefore, shall treat the motion as unopposed and rule on it at the Pretrial Conference. If Bovis intended to oppose the motion, it must submit a request to file its opposition brief and demonstrate good cause for failing to comply withe Court's deadline.

**IT IS SO ORDERED.**

Dated: March 25, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE