S. MITCHELL KAPLAN (SBN 095065)
MARK E. MEREDITH (SBN 156389)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

STEPHEN E. RAY (*Pro Hac Vice*)
STEIN, RAY & HARRIS LLP
222 West Adams Street, Suite 1800
Chicago, IL 60606
Telephone: (312) 641-3700
Facsimile: (312) 641-3701

Attorneys for Plaintiff
BOVIS LEND LEASE, INC. as assignee of
LNR-LENNAR BRANNAN STREET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>    Plaintiff,<br> vs.<br><br>MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH and DOES 1 through 150,<br><br>    Defendants.<br>_____<br>MBH ARCHITECTS, INC., a/k/a McNULTY BRISKMAN HEATH,<br><br>    Cross-Complainant,<br> vs.<br><br>LNR-LENNAR BRANNAN STREET, LLC, and ROES, 1 through 150, inclusive,<br><br>    Cross-Defendants. | Case No. C 07-05262 JSW<br><br>**REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE AND EXTENSION OF ASSOCIATED DEADLINES;** ~~**PROPOSED**~~ **ORDER**<br><br>Judge:  Hon. Jeffrey S. White<br><br>Trial Date: April 20, 2009 |

---
1
REQUEST FOR CONTINUANCE

The Parties have reached a tentative settlement in the above-captioned matter and request that this Court continue the Pre-Trial Conference set for March 31, 2009 and all associated deadlines for seven (7) days to allow the Parties additional time to memorialize the settlement in a written settlement agreement. The parties expect that a Notice of Settlement will be filed within the next three (3) court days.

DATED:  March ___, 2009.                              GORDON & REES, LLP


                                                      By: *S. Mitchell Kaplan*_____
                                                           S. Mitchell Kaplan
                                                      Attorneys for Plaintiff BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC


**ORDER**

IT IS HEREBY ORDERED that the Pre-Trial Conference set for March 31, 2009 be continued to April 8, 2009 at 10:00 a.m. ~~and all other deadlines in this case are continued seven (7) Court day~~s.

Dated: March 31, 2009                                 _____
                                                      JUDGE OF THE SUPERIOR COURT

The filings that were due pursuant to this Court's March 20 Order shall be due by no later than 4:00 p.m. on Friday, April 3, 2009, in the event this matter does not settle.  The parties are also advised that, in the future, when the Court has set a deadline, they should request an extension of time to complete the deadline, even when the reason for failing to comply with the deadline pertains to settlement efforts.