S. MITCHELL KAPLAN (SBN 095065)
MARK E. MEREDITH (SBN 156389)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

STEPHEN E. RAY (*Pro Hac Vice*)
STEIN, RAY & HARRIS LLP
222 West Adams Street, Suite 1800
Chicago, IL 60606
Telephone: (312) 641-3700
Facsimile: (312) 641-3701

Attorneys for Plaintiff
BOVIS LEND LEASE, INC. as assignee of
LNR-LENNAR BRANNAN STREET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>　　　　　Plaintiff,<br>　vs.<br>MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH and DOES 1 through 150,<br><br>　　　　　Defendants.<br>_____<br>MBH ARCHITECTS, INC., a/k/a McNULTY BRISKMAN HEATH,<br><br>　　　　　Cross-Complainant,<br>　vs.<br><br>LNR-LENNAR BRANNAN STREET, LLC, and ROES, 1 through 150, inclusive,<br><br>　　　　　Cross-Defendants. | Case No. C 07-05262 JSW<br><br>**NOTICE OF SETTLEMENT**<br>AND ORDER THEREON<br><br>　Judge:　　　Hon. Jeffrey S. White<br><br>　Trial Date:　April 20, 2009 |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

TO THIS HONORABLE COURT IN THE ABOVE-ENTITLED MATTER:

Plaintiff BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC, and defendant MBH ARCHITECTS, INC., a/k/a McNULTY BRISKMAN HEATH, hereby provide notice to this Court that the parties reached a settlement in principle of all issues, claims and causes of action which are the subject of this action. The parties are currently cooperating in the preparation of a written settlement agreement. Pursuant to the terms of the settlement, this action will be dismissed with prejudice, in its entirety. In light of the settlement, we request that the Court vacate the Pre-Trial Conference and Trial dates.

DATED: April 3, 2009.                    GORDON & REES, LLP


By _____*S. Mitchell Kaplan*_____
　　　S. MITCHELL KAPLAN
Attorneys for Plaintiff BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC

April 6, 2009

In future appearances before this Court, the parties should submit such requests in the form of a stipulation and proposed order.



IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

LNAR/1043708/6467177v.1

2
NOTICE OF SETTLEMENT