IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOVIS LEND LEASE INC., | |
| Plaintiff, | No. 07-05262 JSW |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| MBH ARCHITECTS INC., | |
| Defendants. | |
| AND RELATED THIRD PARTY COMPLAINT | |

On April 3, 2009, this Court issued an Order vacating the pretrial and trial dates in light of the parties' settlement. There has been no further action in this case. Accordingly, the parties are HEREBY ORDERED to appear for a status conference on June 19, 2009, at 1:30 p.m. The parties shall submit a joint status report to the Court by no later than June 12, 2009. In the event a dismissal is filed before June 19, 2009, the matter shall be taken off calendar.

**IT IS SO ORDERED.**

Dated: May 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE