1  JENNIFER A. BECKER  State Bar # 121319
   JOHN B. SULLIVAN  State Bar # 238306
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
5  jabecker@longlevit.com / jsullivan@longlevit.com

6  Attorneys for Defendant
   MBH ARCHITECTS, INC. aka McNULTY
7  BRISKMAN HEATH

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | BOVIS LEND LEASE, INC. as assignee     | CASE No. C 07-05262 JSW
   | of LNR-LENNAR BRANNAN STREET,
13 | LLC,                                    | [PROPOSED] ORDER RE: STATUS
                                            | CONFERNCE
14 |                     Plaintiff,
                                            | Date:      June 19, 2009
15 |      vs.                               | Time:      1:30 p.m.
                                            | Courtroom: Hon. Jeffrey S. White
16 | MBH ARCHITECTS, INC. aka
   | McNULTY BRISKMAN HEATH and
17 | DOES 1 through 150, inclusive,
18 |                     Defendant.

19
         Pursuant to the Joint Status Report filed by all parties on June 10, 2009, IT IS HEREBY
20
   ORDERED:
21
         The status conference set for June 19, 2009 is hereby continued to ~~July 19, 2009~~.
22
   July 17, 2009.  A status conference statement shall be due on July 10, 2009.  If a dismissal is
23
   filed before that date, the matter shall be vacated without further order of the Court.

   Dated: June 11, 2009
24

25
                                    By _____
26                                     HON. JEFFREY S. WHITE
27

28
   DOCS\S7630-028\565036.V1

   LONG & LEVIT LLP                          1
   465 CALIFORNIA STREET
   SUITE 500        ~~[PROPOSED]~~ ORDER RE: STATUS CONFERENCE NO. C 07 05262 JSW
   SAN FRANCISCO
   CALIFORNIA 94104
   (415) 397-2222