S. MITCHELL KAPLAN (SBN 095065)
MARK E. MEREDITH (SBN 156389)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

STEPHEN E. RAY (*Pro Hac Vice*)
STEIN, RAY & HARRIS LLP
222 West Adams Street, Suite 1800
Chicago, IL 60606
Telephone: (312) 641-3700
Facsimile: (312) 641-3701

Attorneys for Plaintiff
BOVIS LEND LEASE, INC. as assignee of
LNR-LENNAR BRANNAN STREET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC,<br><br>　　　　Plaintiff,<br>vs.<br><br>MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH and DOES 1 through 150,<br><br>　　　　Defendants.<br><br>MBH ARCHITECTS, INC., a/k/a McNULTY BRISKMAN HEATH,<br><br>　　　　Cross-Complainant,<br>vs.<br><br>LNR-LENNAR BRANNAN STREET, LLC, and ROES, 1 through 150, inclusive,<br><br>　　　　Cross-Defendants. | Case No. C 07-05262 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND** [PROPOSED] **ORDER**<br><br>**Fed. R. Civ. P. 41(A)(1)**<br><br>Judge:　　Hon. Jeffrey S. White<br>Courtroom:　11<br><br>Trial Date:　April 20, 2009 |

1

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

. Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC, and Defendant, MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, BOVIS LEND LEASE, INC., as assignee of LNR-LENNAR BRANNAN STREET, LLC, against Defendant, MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Further, the claims asserted by MBH in its Cross-Complaint are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own fees and costs.

DATED: August 18, 2009.

GORDON & REES, LLP

By: _____
Mark E. Meredith
Attorneys for Plaintiff BOVIS LEND LEASE, INC. as assignee of LNR-LENNAR BRANNAN STREET, LLC

DATED: August 18, 2009

LONG & LEVIT

By: _____
Jennifer A. Becker
Attorneys for Defendant Plaintiff MBH ARCHITECTS, INC. aka MCNULTY BRISKMAN HEATH

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED

Dated: August 20, 2009

_____
The Honorable Jeffrey S. White
United States District Judge